**LENARD E. SCHWARTZER**
2850 S. JONES BLVD., STE. 1
LAS VEGAS, NV 89146
(702)307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MICHAEL F. EGAN, III,<br><br>Debtor. | Case No.   BK-S-15-16493-ABL<br><br>Chapter 7<br><br>**NOTICE OF HEARING TRUSTEE'S MOTION FOR ORDER APPROVING A COMPROMISE OF CLAIMS BETWEEN THE BANKRUPTCY ESTATE AND GARTH ANCIER**<br><br>Date:  April 28, 2016<br>Time: 11:00 A.M.<br>Place: Foley Building, 3rd Flr. |

NOTICE IS HEREBY GIVEN that a TRUSTEE'S MOTION FOR ORDER APPROVING A COMPROMISE OF CLAIMS BETWEEN THE BANKRUPTCY ESTATE AND GARTH ANCIER (the "Motion") was filed with the above-entitled court by LENARD E. SCHWARTZER, Chapter 7 Trustee.  The Motion seeks an order granting the approval of the settlement agreement attached to the motion as Exhibit "1," whereas Garth Ancier ("GA") will pay the Bankruptcy Estate the net amount of $5,000.00, plus release claims against the estate in the asserted amount of approximately $13.9 million (plus potential punitive damages) arising out of a pending malicious prosecution action wherein in GA is the plaintiff and Michael F. Egan, III, Debtor, is the sole remaining defendant.

/ / / / /

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may refuse to allow you to speak at the scheduled hearing; and
> • The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas, Nevada on April 28, 2016, at the hour of 11:00 a.m.

Dated: March 24, 2016

/s/ LENARD E. SCHWARTZER
LENARD E. SCHWARTZER
Trustee

PRINTED ON
RECYCLED PAPER