LOUISE ANN FERNANDEZ (CA Bar No. 86263)
ANTHONY PACHECO (CA Bar No. 128277)
DAVID M. POITRAS P.C. (CA Bar No. 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080/Facsimile: (310) 203-0567
Email:  dpoitras@jmbm.com

BRETT A. AXELROD
Nevada Bar No. 5859
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 699-5901/Facsimile: (702) 597-5503

*Attorneys for Plaintiff Garth Ancier*

Electronically Filed June 1, 2016

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.    15-16493-abl |
| MICHAEL F. EGAN, III, an individual | Chapter 7 |
| Debtor. | **WITHDRAWAL OF PROOF OF CLAIM NO. 4** |

Garth Ancier, by his attorneys, hereby withdraws Proof of Claim No. 4.

DATED this 1st day of June, 2016.

                       FOX ROTHSCHILD LLP

                       By: */s/ Brett A. Axelrod*
                           BRETT A. AXELROD

                         - AND -

                       JEFFER, MANGELS, BUTLER & MITCHELL LLP
                       LOUISE ANN FERNANDEZ
                       ANTHONY PACHECO
                       DAVID M. POITRAS P.C.

                       *Attorneys for Plaintiff, Garth Ancier*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of June, 2016, a true and correct copy of the foregoing WITHDRAWAL OF PROOF OF CLAIM NO. 4, was served via:

☒    (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date noted above and served through the Notice of Electronic Filing automatically generated by the Court to the following parties:

TERRY A COFFING on behalf of Debtor MICHAEL F EGAN, III
tcoffing@maclaw.com, smong@maclaw.com

ANDREA M. GANDARA on behalf of Creditor DAVID NEUMAN
agandara@nevadafirm.com,rholley@nevadafirm.com;oswibies@nevadafirm.com;
apestonit@nevadafirm.com;epastor@nevadafirm.com

DAVID M. POITRAS on behalf of Interested Party GARTH ANCIER
dpoitras@jmbm.com, bt@jmbm.com

DAVID M. POITRAS on behalf of Plaintiff GARTH ANCIER
dpoitras@jmbm.com, bt@jmbm.com

LENARD E. SCHWARTZER trustee@s-mlaw.com,
lbenson@s-mlaw.com,nv17@ecfcbis.com

U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

BRYAN M VIELLION on behalf of Debtor MICHAEL F EGAN, III
bviellion@maclaw.com, jrohloff@maclaw.com

BRYAN M VIELLION on behalf of Defendant MICHAEL F EGAN, III
bviellion@maclaw.com, jrohloff@maclaw.com

              */s/Patricia Chlum*
              an employee of Fox Rothschild, LLP

PRINTED ON RECYCLED PAPER
LA 12921872v1